■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS VALDERRAMA, Appellant.

We find unpersuasive the defendant's contention that his adjudication as a second felony offender did not comply with the requirements of CPL 400.21 (3). The minutes of the sentencing proceedings clearly demonstrate that a copy of the predicate felony statement was served on the defendant's counsel and that the defendant admitted, *inter alia,* the existence, nature and time of his prior felony conviction and failed to raise any challenge to the contents of the statement. Hence, the purpose of CPL 400.21 was satisfied *(see, People v Bouyea,* 64 NY2d 1140).

The defendant's contention that the sentence imposed was unduly harsh and excessive is similarly unavailing, as he received the minimum term permitted by statute *(see, e.g., People v Dix,* 110 AD2d 905). Moreover, his apparent constitutional challenge to the sentencing statute is without merit

*(see, People v Kinslow,* 109 AD2d 803; *People v Vasquez,* 104 AD2d 1012).

The defendant's remaining contentions regarding the court's inquiry at the time of his plea and the denial of a suppression hearing have been considered and found to be either unpreserved for appellate review or without merit *(see, People v Taylor,* 65 NY2d 1; *People v Rodriguez,* 55 NY2d 776; *People v Fuentes,* 125 AD2d 328, *lv denied* 69 NY2d 827; *People v McAllister,* 114 AD2d 910). Mollen, P. J., Lawrence, Eiber, Sullivan and Balletta, JJ., concur.